No. 72–5992. MEEKINS *v.* UNITED STATES; and

No. 72–6154. JONES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–5993. SULLIVAN *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 72–6006. WHAN *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 72–6055. SCREETON *v.* HUTTO, CORRECTION COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 72–6059. OLIVER *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 72–6060. TOLBERT *v.* BRAGAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–6076. ESPARZA-RAMIREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–6095. HOLLAND *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 72–6097. FIGGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6102. McCULLOUGH ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–6108. WHITE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6109. HARRIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–6110. MIRAMON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.